SELMA LAARSON, as Administratrix of the Estate of ALEX-
ANDER LAARSON, Deceased, Respondent, *v.* JULIA E.
CAMERON, Doing Business under the Name of A. S.
CAMERON STEAM PUMP WORKS, Appellant.

*Laarson* v. *Cameron*, 149 App. Div. 952, affirmed.
(Argued May 8, 1913; decided May 23, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,
entered March 4, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover for
the death of plaintiff's intestate alleged to have been
occasioned by the negligence of defendant, his employer.

*E. Clyde Sherwood* and *Amos H. Stephens* for
appellant.

*Thomas J. O'Neill* and *L. F. Fish* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT,
HISCOCK, CHASE, COLLIN and HOGAN, JJ.